# Exhibit 1

## CLASS ACTION CERTIFICATION

I declare as to the claims asserted under the federal securities laws that:

    1.     I have reviewed the complaint prepared by counsel in the above-captioned case and authorize the filing of the same or a similar complaint on my behalf.

    2.     I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

    3.     I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

    4.     During the proposed Class Period, I executed the following transactions relating to GPC Biotech securities (fill in dates and amounts of all transactions, indicating "bought" or "acquired" and "sold" and prices):

| Date | Action | Shares | | Price |
|---|---|---|---|---|
| 02/26/2007 | Bought | 169 shares | EUR | 24,88/share |
| 02/26/2007 | Bought | 479 shares | EUR | 24,85/share |
| 02/26/2007 | Bought | 7.632 shares | EUR | 24,84/share |
| 02/26/2007 | Bought | 400 shares | EUR | 24,89/share |
| 02/26/2007 | Bought | 1.320 shares | EUR | 24,90/share |
| 07/27/2007 | Sold | 1.625 shares | EUR | 7,77/share |
| 07/27/2007 | Sold | 300 shares | EUR | 7,76/share |
| 07/27/2007 | Sold | 4.769 shares | EUR | 7,74/share |
| 07/27/2007 | Sold | 3.306 shares | EUR | 7,75/share |

    5.     In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

    6.     I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _03_ day of _Aug_, 2007.

Signed: _____

Print your name: _____István Temesföi_____

## CLASS ACTION CERTIFICATION

I, Tobias Wenk, with power of attorney for Ruediger Wenk, declare as to the claims asserted under the federal securities laws that:

1.      I am the son of Ruediger Wenk, and a businessman. I am acting with the full knowledge of, and authority and power of attorney from Ruediger Wenk, and I had this authority when making all of the transactions forming the basis of this certification. I am the person who made the investment decisions reflected in the transactions listed with this certification. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2.      I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I am prepared to travel to the United States, as necessary, to serve this purpose or any other purposes required in the case or directed by my counsel.

4.      During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities in the account of Ruediger Wenk:

*See Attachment A*

5.      In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6.      I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Tobias Wenk

Munich the 21 of September 2007

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _21_ day of _September_ , 2007 in Grünwald, Germany.

Signed: _____

Print Name: _TOBIAS WENK_

Address: _Oberfohringer Str 126_
_D-81679 München_
_GERMANY_

Telephone: _0049 170 2220808_

E-mail: _tobiaswenk@hotmail.com_

Attachment A to certification of Tobias Wenk

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 12/29/06 | 3,000 | € 19.06 | Frankfurt | 07/23/07 | 30,088 | € 13.313 | Frankfurt |
| 02/05/07 | 6,000 | € 22.30 | –''– | | | | |
| 02/05/07 | 6,000 | € 22.35 | –''– | | | | |
| 02/18/07 | 5,000 | € 24.80 | –''– | | | | |
| 07/05/07 | 5,000 | € 21.50 | –''– | | | | |
| 07/13/07 | 5,000 | € 22.51 | –''– | | | | |
| 07/20/07 | 88 | € 22.51 | –''– | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CLASS ACTION CERTIFICATION

I, _Ganswindt Stefan_ , declare as to the claims asserted under the federal securities laws that:

1.    I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2.    I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

*page 1*

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 25.6.07 | 7000 | 21,08 € | XETRA | 25.7.07 | 7000 | 9,98 € | XETRA |
| 16.7.07 | | | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5.    In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6.    I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _28_ day of _August_, 2007.

Signed: _E Ga... N_     Print Name: _Ganswindt Stefan_

Address: _Moselstr. 75_     Telephone: _02056 20243_

_42579 Heiligenhaus_     E-mail: _ganswi@freenet.de_

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 25.6.07 | 1688 | 19,87 | XETRA | 25.7.07 | 3043 | 9,90 | XETRA |
| " | 200 | 19,85 | " | " | 957 | 9,90 | " |
| " | 112 | 19,85 | " | " | 1000 | 10,36 | " |
| " | 416 | 19,60 | " | " | 1000 | 9,92 | " |
| " | 200 | 19,60 | " | " | 1000 | 10,01 | " |
| " | 384 | 19,60 | " | | | | |
| 11.7.07 | 203 | 20,62 | " | | | | |
| " | 91 | 20,62 | " | | | | |
| " | 341 | 20,62 | " | | | | |
| " | 187 | 20,62 | " | | | | |
| " | 178 | 20,62 | " | | | | |
| 13.7.07 | 600 | 22,50 | " | | | | |
| " | 600 | 22,50 | " | | | | |
| " | 687 | 22,50 | " | | | | |
| " | 113 | 22,50 | " | | | | |
| 16.7.07 | 369 | 22,66 | " | | | | |
| " | 385 | 22,66 | " | | | | |
| " | 246 | 22,66 | " | | | | |
| TOTAL | 7000 | ∅ 21,08 € | | TOTAL | 7000 | ∅ 9,98 € | |

Page 2

TOTAL buy    147613,76 €
TOTAL sell    69890,00 €
TOTAL Loss    77723,76 €

**CLASS ACTION CERTIFICATION**

(1)

I, *Matthias Cenawdt*, declare as to the claims asserted under the federal securities laws that:

1.     I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2.     I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.     I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.     During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 23.7.07 | 1165 | 13,44€ | | | | | |
| 23.7.07 | 390 | 13,43 | | | | | |
| 23.7.07 | 1500 | 13,42 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5.     In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6.     I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this **7.** day of _August_, 2007.

Signed: _____          Print Name: *Matthias Cenawdt*

Address: *Platnesgasse 1*          Telephone: *0171 77 25551*
         *00403 Nürnberg*          E-mail: *matthias@cenawdt.de*



Kopie an Mdt.:
Stellungn.          WV:

EINGEGANGEN

0 7. AUG. 2007

ROTTER
RECHTSANWÄLTE



## CLASS ACTION CERTIFICATION

I, *Matthias Lenardt* , declare as to the claims asserted under the federal securities laws that:

1.    I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2.    I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 23.7.07 | 1100 | 13,22 | | | | | |
| 23.7.07 | 1500 | 13,49 | | | | | |
| 20.7.07 | 200 | 15,29 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5.    In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6.    I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7. day of *August*, 2007.

Signed: _____    Print Name: *Matthias Lenardt*

Address: *Ratnosgasse 1*    Telephone: *0171 77 25 551*
*80403 Nürnberg*    E-mail: *matthias@lenardt.de*

⑶

## CLASS ACTION CERTIFICATION

I, *Mathias Lenardt*, declare as to the claims asserted under the federal securities laws that:

1.  I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2.  I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.  I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.  During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 20.7.07 | 500 | 15,30 | | | | | |
| 20.7.07 | 800 | 15,09 | | | | | |
| 20.7.07 | 800 | 15,12 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5.  In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6.  I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _7_ day of _August_, 2007.

Signed: _____    Print Name: *Mathias Lenardt*

Address: *Platnosgasse 1*    Telephone: *0171 77 25 55 1*
*90403 Nürnberg*    E-mail: *mathias@lenardt.de*

## CLASS ACTION CERTIFICATION

(4)

I, *Matthias Lenardt*, declare as to the claims asserted under the federal securities laws that:

1.      I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2.      I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 20.7.07 | 100 | 14,39 | | | | | |
| 20.7.07 | 1650 | 14,00 | | | | | |
| 23.2.07 | 200 | 20,95 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5.      In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6.      I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this *7* day of *August*, 2007.

Signed: _____      Print Name: *Matthias Lenardt*

Address: *Platnersgasse 1*      Telephone: *0171 77 25 551*
         *00403 Nürnberg*       E-mail: *matthias@lenardt.de*

**CLASS ACTION CERTIFICATION**

I, _Matthias Lennardt_, declare as to the claims asserted under the federal securities laws that:

1.    I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2.    I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.    I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 28.2.07 | 275 | 20,96 | | | | | |
| 15.1.07 | 300 | 21,35 | | | | | |
| 15.1.07 | 450 | 21,41 | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5.    In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6.    I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _7._ day of _August_, 2007.

Signed: _____     Print Name: _Matthias Lennardt_

Address: _Platnerscasse 1_     Telephone: _0171 7725551_
_90403 Nürnberg_     E-mail: _matthias@lennardt.de_

## CLASS ACTION CERTIFICATION

I, Elmar Rempel, with power of attorney for Christl Mueller, declare as to the claims asserted under the federal securities laws that:

1.        I am the grandson of Christl Mueller, and a businessman. I am acting with the full knowledge of, and authority and power of attorney from Christl Mueller, and I had this authority when making part of the transactions forming the basis of this certification. I am the person who made the investment decisions reflected in the transactions listed with this certification. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2.        I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.        I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I am prepared to travel to the United States, as necessary, to serve this purpose or any other purposes required in the case or directed by my counsel.

4.        During the proposed Class Period (December 5, 2005, to July 24, 2007, inclusive), I executed the following transactions relating to GPC Biotech AG securities in my own account and in the account of Christl Mueller:

*See Attachment A*

5.        In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6.        I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this **24** day of *September*, 2007 in Grünwald, Germany.

Signed: _____  Print Name: *Elmar Rempel*

Address: *Eisenmannstr. 11*   Telephone: *0049 - 941 - 2902715*

*93049 Regensburg*   E-mail: *elmar@oberfraenkische-glas.de*

Attachment # 1 " Account Elmar Rempel

| | Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|---|
| | 02/01/07 | 100 | € 21.78 | Frankfurt | 07/20/07 | 1,000 | € 18.66 | Xetra |
| | 07/03/07 | 900 | € 21.14 | Quotrix | 07/24/07 | 20,000 | € 0,07 | Frankfurt |
| Call | 07/11/07 | 10,000 | € 0.10 | Stuttgart | | | | |
| Call | 07/18/07 | 10,000 | € 0.13 | -"- | | | | |
| Call | 07/19/07 | 10,000 | € 0.15 | Commerzbank | | | | |
| Call | 07/20/07 | 20,000 | € 0.11 | Stuttgart | | | | |
| Call | 07/20/07 | 20,000 | € 0.08 | Frankfurt | | | | |
| Call | 07/20/07 | 5,000 | € 0.23 | -"- | | | | |
| Call | 07/20/07 | 20,000 | € 0.08 | -"- | | | | |
| | 07/21/07 | 1,000 | € 17.50 | Quotrix | | | | |

Attachment B2   « Account Christel Mueller

| | Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|---|
| | 06/12/07 | 1,000 | € 19.65 | | | | | |
| | 06/25/07 | 500 | € 19.95 | Frankfurt | | | | |
| | 07/03/07 | 500 | € 21.62 | | | | | |
| | 07/10/07 | 500 | € 21.12 | | | | | |
| Call | 07/11/07 | 10,000 | € 0.10 | Stuttgart | | | | |
| Call | 07/13/07 | 10,000 | € 0.15 | -"- | | | | |
| Call | 07/19/07 | 10,000 | € 0.15 | -"- | | | | |
| | 07/20/07 | 500 | € 21.53 | | | | | |
| Call | 07/20/07 | 10,000 | € 0.23 | Frankfurt | | | | |
| Call | 07/20/07 | 10,000 | € 0.12 | Stuttgart | | | | |
| | 07/20/07 | 500 | € 19.62 | | | | | |
| | 07/20/07 | 1,000 | € 19.00 | | | | | |
| Call | 07/20/07 | 10,000 | € 0.075 | Frankfurt | | | | |
| | 07/20/07 | 1,000 | € 16.70 | | | | | |
| | 07/20/07 | 1,000 | € 15.50 | | | | | |
| Call | 07/20/07 | 20,000 | € 0.085 | Stuttgart | | | | |
| Call | 07/20/07 | 20,000 | € 0.011 | -"- | | | | |
| | 07/20/07 | 1,000 | € 14.00 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |