UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 07 CV 7016
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**Istvan Temesfoi**

    Plaintiff/Petitioner,

vs.

**GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rosenczweig**

    Defendant/Respondent.

_____/

STATE OF NEW JERSEY
COUNTY OF MERCER    ss.

I, **Ted Cordasco**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and I am a disinterested party to the above named action.

On **11/20/2007** at **03:20 PM**, I served the within **SSUMMONS; COMPLAINT; ASSIGNED JUDGE RULES; GUIDLINES FOR ELECTRONIC CASE FILING; INSTRUCTIONS FOR FILING AND ELECTRONIC CASE** on **Bernd R. Seizinger c/o GPC Biotech** at **101 College Road East, Princeton, NJ 08540** in the manner indicated below:

By leaving a true copy of this process at the within named person's usual place of abode with any person residing therein who is of suitable age and discretion and informing the person of the contents. Deponent mailed a copy of said documents to the above address in a First Class postpaid properly addressed envelope marked, Personal and Confidential, in an official depository under the exclusive care and custody of the United States Post Office in the State of New Jersey on: :

NAME: **Torsten Hombeck** TITLE/RELATION: **Director/Vice President of GPC Biotec – employer**

Description of person served:
Sex: Male – Age: 42 – Skin: White – Hair: Blonde – Height: 6'0" – Weight: 185lbs

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this ___ day of _____, 20___ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

X_____
Ted Cordasco - Lic#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1800

Atty File#:  - Our File# 9173