UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 07 CV 7016
Date Filed: 00/00/0000

## AFFIDAVIT OF SERVICE

**Istvan Temesfoi**

    Plaintiff/Petitioner,

vs.

**GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rosenczweig**

    Defendant/Respondent.

_____/

STATE OF NEW JERSEY
COUNTY OF MERCER     ss.

I, **Ted Cordasco**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and I am a disinterested party to the above named action.

On 11/20/2007 at 03:20 PM, I served the within **SSUMMONS; COMPLAINT; ASSIGNED JUDGE RULES; GUIDLINES FOR ELECTRONIC CASE FILING; INSTRUCTIONS FOR FILING AND ELECTRONIC CASE** on GPC Biotech at **101 College Road East, Princeton, NJ 08540** in the manner indicated below:

By delivering a true copy of this process to **Torsten Hombeck, Director/Vice President** of the above named corporation and informing him/her of the contents.

Description of person served:
Sex: Male – Age: 42 – Skin: White – Hair: Blonde – Height: 6'0" – Weight: 185lbs

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this __21__ day of __November__, 20__07__ by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012

X _____
Ted Cordasco – Lic#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ 08876
908-707-1800

Atty File#:  - Our File# 9172