# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

**CASE NO.: 07 CV 7016**
**Date Filed: 00/00/0000**

### AFFIDAVIT OF SERVICE

**Istvan Temesfoi**

     Plaintiff/Petitioner,

vs.

**GPC Biotech AG, Bernd R.
Seizinger, Martine George, and
Marcel Rosenczweig**

     Defendant/Respondent.

_____/

**STATE OF NEW JERSEY**
**COUNTY OF MERCER**  **ss.**

I, **Ted Cordasco**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and I am a disinterested party to the above named action.

On **11/20/2007** at **03:20 PM**, I served the within **SSUMMONS; COMPLAINT; ASSIGNED JUDGE RULES; GUIDLINES FOR ELECTRONIC CASE FILING; INSTRUCTIONS FOR FILING AND ELECTRONIC CASE** on **Marcel Rosenczweig c/o GPC Biotech** at **101 College Road East , Princeton, NJ 08540** in the manner indicated below:

By leaving a true copy of this process at the within named person's usual place of abode with any person residing therein who is of suitable age and discretion and informing the person of the contents. Deponent mailed a copy of said documents to the above address in a First Class postpaid properly addressed envelope marked, Personal and Confidential, in an official depository under the exclusive care and custody of the United States Post Office in the State of New Jersey on: :

NAME: **Torsten Hombeck** TITLE/RELATION: **Director/Vice President of GPC Biotec − employer**

Description of person served:
**Sex: Male − Age: 42 − Skin: White − Hair: Blonde − Height: 6'0" − Weight: 185lbs**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

x _____
Ted Cordasco − Lic#:
J &K Investigative Services Inc
P.O. Box 88
Somerville, NJ  08876
908-707-1800

Sworn to and subscribed before me on this
___21___ day of ___November___ , 20_07_
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

Atty File#:  - Our File# **9179**

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012