**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ISTVAN TEMESFOI, on behalf of himself and
all others similarly situated,

                *Plaintiff,*

   -against-

GPC BIOTECH AG, BERND R. SEIZINGER,
MARTINE GEORGE, and MARCEL
ROSENCZWEIG,

                *Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action: 07-CV-07016 (DC)

(ECF Case)

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the

above-captioned action on behalf of Defendants GPC Biotech AG, Bernd R. Seizinger,

Martine George, and Marcel Rosenczweig, and requests that service of all papers herein

be made upon the undersigned at the address set forth below.

Dated: December 10, 2007
      New York, New York

                MORGAN, LEWIS & BOCKIUS LLP

                By: _____
                   Bernard J. Garbutt III (BG-1970)
                   101 Park Avenue
                   New York, New York 10178
                   (212) 309-6000

                   *Attorneys for Defendants GPC Biotech*
                   *AG, Bernd R. Seizinger, Martine*
                   *George, and Marcel Rosenczweig*