## **CERTIFICATION**

This is to certify that the foregoing notice was served, on this 2nd day of January, 2008, via electronic mail or U.S. mail, to all persons on the attached service list.

                                        /s/ Ralph M. Stone
                                        Ralph M. Stone

## SERVICE LIST

Christopher J. Keller, Esq.
Labaton Sucharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017
212-907-0853
212-883-7053
ckeller@labaton.com

Ira A. Schochet, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
212-818-0477 (fax)
ischochet@labaton.com

Nancy Kaboolian, Esq.
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016
212-889-3700
212-684-5191 (fax)
nkabpplian@abbeygardy.com

Marc Schieffer, Esq.
Tilp PLLC
350 Fifth Avenue
New York, NY 10118

James Patrick Tallon, II, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
212-848-5364
212-848-7179 (fax)
jtallon@shearman.com

Roy L. Jacobs, Esq.
Roy Jacobs & Associates
60 East 42nd Street, 46th Floor
New York, NY 10016
212-867-1156
212-504-8343 (fax)

John Christian Scalzo, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
212-848-5364
212-848-7179 (fax)
john.scalzo@shearman.com

Richard A. Maniskas, Esq.
D. Seamus Kaskela, Esq.
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706
610-667-7056 (fax)

Tai Hyun Park, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
212-848-5364
212-848-7179 (fax)
tpark@shearman.com

Laurence D. Paskowitz, Esq.
Paskowitz & Associates
60 East 42nd Street, 46th Floor
New York, NY 10016
212-685-0969
212-685-2306 (fax)

| | |
|---|---|
| Evan J. Smith, Esq.<br>Brodsy & Smith, L.L.C.<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>516-741-4977<br>esmith@brodsky-smith.com | Bernard J. Garbutt, III, Esq.<br>Morgan, Lewis and Bockius LLP (NY)<br>101 Park Avenue<br>New York, NY 10178<br>212-309-6000<br>212-309-6273 (fax)<br>bgarbutt@morganlewis.com |