Ralph M. Stone (rstone@lawssb.com)
Thomas G. Ciarlone, Jr. (tciarlone@lawssb.com)
Amanda C. Scuder (ascuder@lawssb.com)
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

*Attorneys for Plaintiff and*
*[Proposed] Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CORWIN, on behalf of himself and all others similarly situated, | CASE NO. 07 CV 6728 |
| Plaintiff, | *Document Electronically Filed* |
| v. | |
| BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG, | |
| Defendants. | |

***(Additional Captions on the Following Page)***

## NOTICE OF APPEARANCE

| | |
|---|---|
| ISTVÀN TEMESFOI, on behalf of himself and all others similarly situated, | CASE NO. 07 CV 7016 |
| Plaintiff, | *Document Electronically Filed* |
| v. | |
| GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG, | |
| Defendants. | |
| AUDREY DANG, Individually, and on behalf of all others similarly situated, | CASE NO. 07 CV 7476 |
| Plaintiff, | *Document Electronically Filed* |
| v. | |
| GPC BIOTECH AG; BERND R. SEIZINGER; MARTINE GEORGE; and MARCEL ROSENCZWEIG, | |
| Defendants. | |

PLEASE TAKE NOTICE that Ralph M. Stone, Thomas G. Ciarlone, Jr., and Amanda C. Scuder hereby enter their appearances as counsel for Plaintiff/Movant Istvan Temesfoi in each of the above-captioned actions, and request service of all papers.

DATED:       January 2, 2008          Respectfully submitted,

                                      SHALOV STONE BONNER & ROCCO LLP


                                      By: /s/ Amanda C. Scuder.                    
                                           Ralph M. Stone (rstone@lawssb.com)
                                           Thomas G. Ciarlone (tciarlone@lawssb.com)
                                           Amanda C. Scuder (ascuder@lawssb.com)

                                      485 Seventh Avenue, Suite 1000
                                      New York, NY 10018
                                      Telephone: (212) 239-4340
                                      Facsimile: (212) 239-4310

                                      *Attorneys for Plaintiff and*
                                      *[Proposed] Lead Counsel for the Class*